No. 11-5318. Raymond Cazares, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5386.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5319. Carl A. Courtright, III, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5515.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 632 F.3d 363.

No. 11-5321. Billy D. Davis, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5739.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5322. Brian Elston, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5659.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 423 Fed. Appx. 190.

No. 11-5324. Eunice Husband, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5349.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 238.

No. 11-5326. Steve Houston, Petitioner v. Dwight Neven, Warden.

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5417.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 637 F.3d 976.

No. 11-5327. Franklin C. Smith, Petitioner v. Brady McWhirter, et al.

565 U.S. 901, 132 S. Ct. 297, 181 L. Ed. 2d 180, 2011 U.S. LEXIS 5655.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 510.